AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN – 3 2014

David J. Bradley, Clerk

| United States of America | ) | |
| v. | ) | Case No. M-14-1069-M |
| GUILLERMO GALVAN | ) | |
| (YOB: 1971) | ) | |
| U.S.C. | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 23, 2014 _____ in the county of _____ Hidalgo _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. Title 751(a) | Knowingly ESCAPE from federal custody, that is, Mid Valley Residential Reentry Center located in Edinburg, Texas, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the United States District Court for the Southern District of Texas for the Possession with Intent to Distribute 6 grams of Cocaine and 79 grams of Marijuana. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

OK to file. TXT

*Complainant's signature*

Maritza Pena, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ June 3, 2014 _____

*Judge's signature*

City and state: _____ McAllen, Texas _____

Peter E Ormsby
*Printed name and title*
U.S. Magistrate Judge

Attachment "A"

On February 23, 2004, United States Drug Enforcement Administration agents arrested Guillermo GALVAN in case 2:04-CR-00082, for possession with the intent to distribute six (6) grams on of Cocaine on Count 1 and seventy nine (79) grams of Marijuana on Count 2.  On May 07, 2004, GALVAN was declared guilty by jury verdict in the Southern District of Texas to knowingly and intentionally possessing with the intent to distribute a controlled substance.  The controlled substances involved were less than five hundred (500) grams of cocaine, to wit: approximately six (6) grams of cocaine, a Schedule II controlled substance  and less than fifty (50) kilograms of marijuana, to wit: approximately seventy nine (79) grams of marijuana, a Schedule I controlled substance.

On September 19, 2005, the Honorable Judge Janis Graham Jack sentenced GALVAN to a 151 month term of imprisonment as to Count 1 and 72 month term of imprisonment as to Count 2 to run concurrently with each other, followed by 6 year term of supervised release as to Count 1 and 4 year term of supervised release as to Count 2.  On February 25, 2014, GALVAN was transferred to the Mid Valley Residential Reentry Center in Edinburg, Texas.  GALVAN was to remain in custody at the Reentry Center until the conclusion of his sentence on August 23, 2014.

On May 23, 2014, at approximately 8:28am Mid Valley Reentry Center staff members reported that GALVAN had left the facility without permission, and had yet to return.  At approximately 8:40am the Federal Bureau of Prisons provided the United States Marshal Service with a Notice of Escaped Federal Prisoner form regarding GALVAN.  On May 23, 2014, Deputy United States Marshals of the McAllen division made a coordinated effort to locate GALVAN.  As of June 03, 2014, GALVAN's current whereabouts remain unknown.